```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16646
  DORWANA TOWNSEND
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-2125


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/15/06 and confirmed on 04/23/07.

     2.  The case was dismissed after confirmation, 10/19/2007.

     3.  The Debtor paid a total of $   2730.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 237.58 | .00 | 237.58 |
| BENEFICIAL | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1000.00 | .00 | 216.67 |
| ANDERSON CRENSHAW & ASSO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 452.24 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1937.68 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1390.17 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 2609.37 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1142.58 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 463.26 | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 142.85 | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 799.33 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 52.80 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 683.64 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 21.88 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 8524.70 | .00 | .00 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CORP | FILED LATE | .00 | .00 | .00 |

```
             Summary of disbursements:
-------------------------------------------------------------------------------
             SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     1237.58           .00     18220.50           .00    19458.08
PRINCIPAL PAID          454.25           .00          .00           .00      454.25
INTEREST PAID              .00           .00          .00           .00         .00
TOTAL PAID              454.25           .00          .00           .00      454.25
```
The Debtor's attorney, ERNESTO D BORGES JR         , was allowed $   3000.00
and was paid $    800.00   direct and $   2200.00   through the plan.

The Trustee received $       75.75 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE