UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 06 B 16646
   DORWANA TOWNSEND
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-2125
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/15/06 and confirmed on 04/23/07.

2. The case was dismissed after confirmation, 10/19/2007.

3. The Debtor paid a total of $ 2730.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 237.58 | .00 | 237.58 |
| BENEFICIAL | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1000.00 | .00 | 216.67 |
| ANDERSON CRENSHAW & ASSO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 452.24 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1937.68 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1390.17 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 2609.37 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1142.58 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 463.26 | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 142.85 | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 799.33 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 52.80 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 683.64 | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| WORLD FINANCIAL NETWORK | UNSECURED | 21.88 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 8524.70 | .00 | .00 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CORP | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      1237.58             .00       18220.50             .00       19458.08
PRINCIPAL PAID           454.25             .00            .00             .00         454.25
INTEREST PAID               .00             .00            .00             .00            .00
TOTAL PAID               454.25             .00            .00             .00         454.25
```

The Debtor's attorney, ERNESTO D BORGES JR         , was allowed $   3000.00
and was paid $    800.00   direct and $   2200.00   through the plan.

The Trustee received $     75.75 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/14/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 16646 DORWANA TOWNSEND